1 | P a g e

# JAMES M. ANDERSEN, ESQ.
## ATTORNEY AT LAW

```
OFFICE LOCATION:                                          MAILING ADDRESS:
17041 El Camino Real, Suite 204                           P.O. BOX 58554
Houston, Tx. 77058-2620                                   WEBSTER TX. 77598-8554
                                                          TEL.  (281) 488-2800
E-mail: jandersen.law@gmail.com                           FAX.  (281) 480-4851
```

November 12, 2024

Hon. George C. Hanks, Jr.
United States District Court Southern District of Texas
Houston Division
United States Courthouse
515 Rusk Street, Room 6202
Houston, TX 77002

      Re: Appeal Civil Action: 4:24-cv-4357; *P.C.F. Properties in TX, LLC v. James Andersen, Elizabeth Thomas, Jasmine B .Jarbis, Jireh Pitts, Monique Moore and Shelvy Spires* In the U.S. District Court for the Southern District of Texas, Division.

Dear Judge Hanks:

   I represent myself as a defendant in the above-referenced and numbered proceedings which is presently on Appeal. I file this joint letter to give the court notice that I do not represent Ms, .Thomas a party to the above numbered proceedings in regard to this appeal or otherwise.

   On November 4, 2024, I, filed the "Notice of Appeal" prepared by Ms. Thomas *pro se* as she is presently on a medical after having invasive surgery on October 17, 2024, and is on medical leave until November 14, 2024, due to suffering from complications. As such Ms. Thomas no access to mail her documents in a timely fashion to the court. It is Ms. Thomas' intent to proceed pro se and to file a Motion to Proceed as an indigent person.

                                    Sincerely

                               /s/ James M. Andersen
                               James M. Andersen

                         *By permission /s/* Elizabeth Thomas