1 | P a g e

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF
# TEXAS  HOUSTON DIVISION

In re.  P.C.F.  Properties in TX, LLC
   ***Plaintiff***

vs                                                          **CIV No.** 24cv4357

James M. Andersen, Elizabeth Thomas            **ADV. No.**  24-03216
Jasmine B .Jarbis, Jireh Pitts, and
Monique Moore et al.
   ***Defendants***

**APPELLANTS DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8006-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas Elizabeth Thomas (the "Appellants") respectfully submits the following designation items to be included in the record on appeal.

| *Docket No.* | *Date* | *Title of Pleadings* |
|---|---|---|
| 2 | 10/15/2024 | Amended Notice of Removal |
| 3 | 10/15/2024 | State Court Documents |
| 5 | 10/18/2024 | Motion to Remand |
| 6 | 10/21/2024 | Show Cause Order |
| 10 | 11/01/2024 | Ex Parte Motion for Withdrawal of Reference. |
| 11 | 11/01/2024 | Motion for Continuance |
| 13 | 11/04/2024 | Amended Order to Show Cause |

**APPELLANTS STATEMENT OF ISSUES ON APPEAL**

1 | P a g e

2 | P a g e

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8002 Appellants Elizabeth Thomas submits that the following but not limited to issues to be raised on appeal:

1. Whether the Bankruptcy Court erred in finding that it had subject matter jurisdiction?

2. Whether the Bankruptcy Court had jurisdiction despite the lack of any of the parties being in bankruptcy?

3. Whether the Bankruptcy Court erred in finding it has jurisdiction over a entity P.C.F. Properties in TX, LLC., that lacks a legal existence ?

4. Whether the Bankruptcy Court granting of a continuance had the effect of denying the Appellant her dues process rights to be heard.

### Certificate Regarding Transcripts

Pursuant to Rule 8009(b)(3) of the Federal Rules of Bankruptcy Procedure, Appellants hereby files this certificate stating that Appellants has not placed a order for any transcripts designated available on the Court's docket.

Dated: November 14, 2024.

Sincerely,

*By Permission /s/Elizabeth Thomas*
Elizabeth Thomas Pro, Se
712 H Street NE #2487
Washington DC 20002
elizthomas234@gmail.con

3 | P a g e

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2024, a true and correct copy of the foregoing instrument has been served by electronic transmission via the Court's CM/ECF system upon all parties registered to receive electronic notice in this bankruptcy case.

<u>By Permission /s/Elizabeth Thomas</u>