UNITED STATES BANKRUPCTY COURT
SOUTHERN OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re. P.C.F. Properties in TX, LLC<br>*Plaintiff*<br><br>vs<br><br>James M. Andersen, Elizabeth Thomas<br>Jasmine B .Jarbis, Jireh Pitts, and<br>Monique Moore Shelvy Spires<br>*Defendants* | 24-AP-03216<br><br>MISC. DOCKET NO. 2020-35780<br><br>Removed from: 80th District Court<br>Harris County, Texas |

## NOTICE OF APPEAL

Elizabeth Thomas hereby file this "Notice of Appeal" from the U.S. Bankruptcy Court October 21, 2024, and November 3, 2024 Orders to Show Cause as order has significant implications on my rights or the proceedings, and I believe the court made a mistake in issuing it.

Respectfully submitted,

*By Permission /s/Elizabeth Thomas*
Elizabeth Thomas Pro, Se
712 H Street NE #2487
Washington DC 20002
elizthomas234@gmail.con

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 4, 2024, a copy of the foregoing document was served EFC- Service System or E-mail and U. S. Mail, postage prepaid upon all counsel of record.

/s/Elizabeth Thomas