CLOSED,PB

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
### CIVIL DOCKET FOR CASE #: 4:24-cv-03875

Incorrectly Filed
Assigned to: Judge Unassigned
Case in other court:  80th District Court, Harris County, TX, 20-35780
Cause: 88:8888 Other Statutory Actions

Date Filed: 10/10/2024
Date Terminated: 10/17/2024
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Incorrectly Filed**


V.

**Defendant**

**Incorrectly Filed**


| Date Filed | # | Docket Text |
|---|---|---|
| 10/10/2024 | 1 | NOTICE OF REMOVAL from 80th District Court Harris County, case number 2020-35780 () filed by James M Andersen. (Andersen, James) (Entered: 10/10/2024) |
| 10/11/2024 | | Referral Judge Selected: Magistrate Judge Peter Bray randomly selected to receive referrals. The selected Magistrate Judge is not assigned to this case until a District Judge refers the case or a motion or the parties consent to jurisdiction of the Magistrate Judge. Once a referral has been made, the name of the referral judge will appear at the top of the docket sheet. (hem4) (Entered: 10/11/2024) |
| 10/11/2024 | 2 | CLERKS NOTICE Regarding Consent to Jurisdiction of Magistrate Judge. Parties notified, filed. (hem4) (Entered: 10/11/2024) |
| 10/11/2024 | 3 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 1/10/2025 at 11:00 AM by video before Magistrate Judge Peter Bray. (Signed by Magistrate Judge Peter Bray) Parties notified. (hem4) (Entered: 10/11/2024) |
| 10/15/2024 | 4 | NOTICE *AMENDED NOTICE OF REMOVAL* by James M Andersen, filed. (Andersen, James) (Entered: 10/15/2024) |
| 10/15/2024 | 5 | STATE COURT RECORDS by James M Andersen, filed. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Andersen, James) (Entered: 10/15/2024) |
| 10/15/2024 | 6 | WITHDRAWAL of Claim re: 1 Notice of Removal by James M Andersen, filed. (Andersen, James) (Entered: 10/15/2024) |
| 10/17/2024 | | Initial Conference set for 1/10/2025 at 11:00 AM by video before Magistrate Judge Peter Bray is terminated. (hem4) (Entered: 10/17/2024) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 10/22/2024 13:37:32 | | | |
| PACER Login: | jmanderse4625 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:24-cv-03875 |
| Billable Pages: | 1 | Cost: | 0.10 |