IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Elizabeth Thomas                                  Case No. 4:24-cv-04357

    *Appellant*

vs.

Non-Existent P.C. F. Properties in TX, LLC.

    *Appellee*

_____

**NOTICE OF FILING DISCLOSURE**

Attorney James M. Andersen and Elizabeth Thomas has already notified the Court that Attorney James M. Andersen does not represent the Appellant Elizabeth Thomas, on this appeal however is merely assisting Ms. Thomas with the filing due being on a medical which limits the ability to go to the post office and mail these pleadings herself.

                                                  Respectfully submitted

                                                  */s/James M. Andersen*
                                                  James M. Andersen
                                                  Attorney at Law
                                                  Texas State Bar No. 01165850
                                                  SBN: 20144
                                                  P. O. Box 58554
                                                  Webster, Texas 77598-8554
                                                  Tel. (281)488-2800
                                                  Fax. (281)480-4851
                                       E-Mail:jandersen.law@gmail.com

                                                  */s/ Elizabeth Thomas*
                                                  Elizabeth Thomas Pro, Se
                                                  712 H Street NE #2487
                                                  Washington DC 20002
                                                  elizthomas234@gmail.com