IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Elizabeth Thomas                               Case No. 4:24-cv-04357

    *Appellant*

vs.

Non-Existent P.C. F. Properties in TX, LLC.

    *Appellee*

_____

**NOTICE OF ADDED PARTY**

PLEASE TAKE NOTICE, that Non-Existent P.C.F. Properties in TX, LLC is the alleged Appellee.

.

    Respectfully submitted

    /s/ Elizabeth Thomas
    Elizabeth Thomas Pro, Se
    712 H Street NE #2487
    Washington DC 20002
    elizthomas234@gmail.com