**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

Elizabeth Thomas                                    Case No. 4:24-cv-04357

       *Appellant*

vs.

P.C. F. Properties in TX, LLC.

       *Appellee*

_____

**NOTICE OF PARITES TO APPEAL**

PLEASE TAKE NOTICE, that the parties named below are the parties to this

appeal.

    Elizabeth Thomas is the Appellant

    Represented By:   Elizabeth Thomas Pro, Se
               712 H Street NE #2487
                Washington DC 20002
                elizthomas234@gmail.com


    P.C.F. Properties in TX, LLC is the Appellee. (Please include the dots P.C.F.)

    Represented By:  BARRY & SEWART, PLLC
               John V. Burger,
               4151 Southwest Freeway, Suite 680
               Houston, Texas 77027
               Tele: (713) 722-0281
               Fax: (713) 722-9786
               Email: evictions@barryandsewart.com and
               john@barryandsewart.com

.

Respectfully submitted


/s/ Elizabeth Thomas
Elizabeth Thomas Pro, Se
712 H Street NE #2487
Washington DC 20002
elizthomas234@gmail.com


## Certificate of Service

I certify that according to the Texas Secretary of State P.C.F. Properties in TX, LLC., is a fictitious entity that lacks a legal existence thereby making it legally impossible to serve upon information and belief John V. Burger and the Barry & Sewart PLLC., law firm are counsel of record and can be served via by EFC-filing system and U.S. Postal Service regular mail on December 20, 2024.


/s/ Elizabeth Thomas