**Amended Certificate of Service**

    I certify that according to the Texas Secretary of State P.C.F. Properties in TX, LLC., is a fictitious entity that lacks a legal existence thereby making it legally impossible to serve the **APPELLANT MOTION TO CERTIFY ORDER FOR DIRECT APPEAL PURSUANT TO 28 U.S.C. § 158 IN THE ALTERNATIVE TRANSFER VENUE**  upon information and belief John V. Burger is counsel of record and can be served via by EFC-filing system and U.S. Postal Service regular mail on December 18, 2024.


**John Vincent Burger**
Burger Law Firm
4151 Southwest Frwy
Ste 680
Houston, TX 77027
713-960-9696
Fax: 713-961-4403
Email: burgerlawfirm@aol.com

                                                                          /s/ Elizabeth Thomas