# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re P.C.F. Properties in TX, LLC  *Plaintiff*  vs.  Jireh Pitts *et al.*  *Defendants* _____ | **24-cv-04357**.  [**Lead Case**] |
| In re P.C.F. Properties in TX, LLC  *Plaintiff*  vs.  Jireh Pitts *et al*  *Defendants* _____ | **25-CIV-1436**  [**Consolidated Case**] |
| In re P.C.F. Properties in TX, LLC  *Plaintiff*  vs.  Jireh Pitts *et al*  *Defendants* _____ | **25-CIV-1437**  [**Consolidated Case**] |
| In re P.C.F. Properties in TX, LLC  *Plaintiff*  vs.  Jireh Pitts *et al*  *Defendants* _____ | **25-CIV-1439**  [**Consolidated Case**] |
| In re P.C.F. Properties in TX, LLC  *Plaintiff*  vs.  Jireh Pitts *et al*  *Defendants* _____ | **25-CIV-1461**  [**Consolidated Case**] |

**ORDER**

This matter has come before the court this day on Defendant Elizabeth Thomas Motion to Transfer and Consolidate the cases styled as: *P.C.F. Properties in Texas LLC*., vs. *Jireh Pitts,*.et al, No. 25-CIV-1436, (S.D. Tex. EFC. No.-1), *P.C.F. Properties in Texas LLC*., vs. *Jireh Pitts,*.et al, No. 25-CIV-1437, (S.D. Tex. EFC. No.1), *P.C.F. Properties in Texas LLC*., vs. *Jireh Pitts,*. et al, No. 25-1439 (S.D. Tex. EFC. No.1); *P.C.F. Properties in Texas LLC*., vs. *Jireh Pitts,*. et al; No.25-1461(S.D. Tex. EFC No.1), with this case because they all share common questions of law or fact, consist of similar parties, the same claims, and the same relief sought, it is hereby ORDERED that the cases are CONSOLIDATED for all purposes, with Civil Action No. 24-cv-04357 serving as the lead case.

All parties are hereby notice that the lead case is presently pending on appeal from the case styled as *In re P.C.F. Properties in Texas LLC*., vs. *Jireh Pitts, Elizabeth Thomas, Jasmine B. Jarbis, and Monique Moore et al.,* in the U.S. Bankruptcy Court Southern District: Houston, under case No. 24-03216, on claims for a "Motion Motion for Judicial Review of Documentation for Instrument Purporting to Create Liens or Claim." As such all proceedings are stayed and the parties are instructed to file any future filings in the lead case.

The Clerk is instructed to add the consolidate cases *P.C.F. Properties in Texas LLC*., vs. *Jireh Pitts,*.et al, No. 25-CIV-1436, (S.D. Tex. EFC. No.-1), *P.C.F. Properties in Texas LLC*., vs. *Jireh Pitts,*.et al, No. 25-CIV-1437, (S.D. Tex. EFC. No.1), *P.C.F. Properties in Texas LLC*., vs. *Jireh Pitts,*. et al, No. 25-1439 (S.D. Tex. EFC. No.1); *P.C.F. Properties in Texas LLC*., vs. *Jireh Pitts,*. et al; No.25-1461(S.D. Tex. EFC No.1), with this case along with their corresponding lead and local counsel into the lead case.

So ORDERED and SIGNED this _____ day of , April 2025.

_____
THE HONORABLE GEORGE C. HANKS JR.
UNITED STATES DISTRICT JUDGE