Case 4:24-cv-04357   Document 20   Filed on 07/31/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 31, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELIZABETH THOMAS,<br>    Appellant, | §<br>§<br>§ |
| VS. | § CIVIL ACTION NO. 4:24-CV-04357<br>§ |
| P.C.F. PROPERTIES IN TX, LLC,<br>    Appellee. | §<br>§<br>§ |

# **ORDER**

In this appeal, Appellant Elizabeth Thomas ("Thomas") challenges a Consent Order entered by the United States Bankruptcy Court for the Southern District of Texas, Houston Division. *See* (Dkts. 1, 13). This Consent Order remanded certain cases to their originating state courts. (Dkt. 15 at p. 16).

Generally, "an order remanding a case to the state court from which it was removed is not reviewable on appeal or otherwise." 28 U.S.C. § 1447(d). Further, "if an order remands a bankruptcy case to state court because of a timely raised defect in removal procedure or lack of subject-matter jurisdiction, then a court of appeals lacks jurisdiction to review that order under § 1447(d)." *Things Remembered v. Petrarca*, 516 U.S. 124, 129, 116 S. Ct. 494, 497 (1995). Ultimately, "remand orders predicated on jurisdictional decisions are unappealable." *Minor Children v. Roman Cath. Church of the Archdiocese (In re Roman Cath. Church of the Archdiocese)*, No. 23-30565, 2024 U.S. App. LEXIS 17574, at *3 (5th Cir. July 17, 2024).

Accordingly, the Court **DISMISSES** the appeal. All pending motions are **DENIED** as **MOOT**. This is a **FINAL JUDGMENT**. All parties shall bear their own costs.

SIGNED at Houston, Texas on July 31, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE